UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
In Re: LATAM AIRLINES GROUP, S.A.,        :
                                          :   22 Civ. 5891 (DLC)
                             Debtor,      :
-----------------------------------------:        ORDER
                                          :
TLA CLAIMHOLDERS GROUP,                   :
                                          :
                             Appellant,   :
                                          :
                 -v-                      :
                                          :
LATAM AIRLINES GROUP S.A., et al.,        :
                                          :
                             Appellees.   :
                                          :
-----------------------------------------:
                                          X

DENISE COTE, District Judge:

      The Notice of Appeal and a statement of relatedness in this

bankruptcy case was filed on July 11, 2022.  This case having

been accepted as related to the case captioned In re LATAM

Airlines Group S.A., Ad Hoc Group of Unsecured Claimants v.

LATAM Airlines Group S.A., et al., case number 22cv5660, it is

hereby

      ORDERED that the parties shall appear at a conference on

**Wednesday, July 13, at 3:00 pm** in Courtroom 18B, 500 Pearl

Street.  In light of the ongoing COVID-19 pandemic,

      IT IS FURTHER ORDERED that all individuals seeking entry to

500 Pearl Street must complete a questionnaire before being

allowed entry into the courthouse.  To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public Media v.5.pdf

IT IS FURTHER ORDERED that all individuals should practice social distancing at all times possible in the courthouse. Individuals also must wear a KN94, KN95, or N95 mask that covers their nose and mouth in the courthouses.  Cloth masks, surgical masks, bandannas, gaiters and masks with valves are prohibited.

Dated:    New York, New York
          July 12, 2022

                          _____
                                    DENISE COTE
                          United States District Judge

2