```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
  In re LATAM AIRLINES GROUP S.A.,       :
                                         :
                        Debtor,          :
-----------------------------------------:   22cv5891 (DLC)
  TLA CLAIMHOLDERS GROUP,                :
                                         :       ORDER
                        Appellant,       :
              -v-                        :
                                         :
  LATAM AIRLINES GROUP S.A., et al.,     :
                                         :
                        Appellees.       :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 27, 2022, the Parent Ad Hoc Claimant Group filed a motion for a declaration of appellee status or, in the alternative, to intervene. Accordingly, it is hereby

ORDERED that any opposition is due August 2, 2022. Any reply is due August 4, 2022. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         July 29, 2022

                                     _____
                                          DENISE COTE
                                     United States District Judge