UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

```
----------------------------------------X
  In re LATAM AIRLINES GROUP S.A.,       :
                                         :
                             Debtor,     :
----------------------------------------:    22cv5891 (DLC)
  TLA CLAIMHOLDERS GROUP,                :
                                         :       ORDER
                           Appellant,    :
             -v-                         :
                                         :
  LATAM AIRLINES GROUP S.A., et al.,     :
                                         :
                           Appellees.    :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 28, 2022, Banco del Estado de Chile, in its capacity as indenture trustee under the Chilean Local Bonds Series A through D and Series E, filed a motion to intervene. Accordingly, it is hereby

ORDERED that any opposition is due August 2, 2022. Any reply is due August 4, 2022. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        July 29, 2022

                                     _____
                                              DENISE COTE
                                     United States District Judge