```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
 In re LATAM AIRLINES GROUP S.A.,       :
                                        :
                       Debtor,          :
----------------------------------------:   22cv5891 (DLC)
 TLA CLAIMHOLDERS GROUP,                :
                                        :        ORDER
                       Appellant,       :
             -v-                        :
                                        :
 LATAM AIRLINES GROUP S.A., et al.,     :
                                        :
                       Appellees.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

　　On August 1, 2022, the appellants filed a motion for a stay of the bankruptcy court's Order Confirming the Joint Plan of Reorganization pending resolution of the appeal.  Accordingly, it is hereby

　　ORDERED that any opposition is due August 8, 2022.  Any reply is due August 15, 2022.  At the time of filing, the filer shall supply Chambers with two (2) courtesy copies by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:    New York, New York
          August 2, 2022

                                    _____
                                              DENISE COTE
                                       United States District Judge