```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
 In re LATAM AIRLINES GROUP S.A.,       :
                                        :        22cv5891 (DLC)
                              Debtor,   :
----------------------------------------:          ORDER
 TLA CLAIMHOLDERS GROUP,                :
                                        :
                              Appellant,:
                -v-                     :
                                        :
 LATAM AIRLINES GROUP S.A., et al.,     :
                                        :
                              Appellees.:
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 27, 2022, the Parent Ad Hoc Claimant Group moved to intervene as an appellee. On July 28, 2022, Banco del Estado de Chile ("BancoEstado") moved to intervene as an appellee. On August 4, 2022, both motions to intervene were granted. That same day, the Official Committee of Unsecured Creditors (the "Committee") also filed a motion to intervene as an appellee.

The arguments in support of the Committee's motion to intervene are substantially similar to those made by the Parent Ad Hoc Claimant Group and BancoEstado in support of their motions to intervene. Like the current intervenor-appellees, the Committee participated in the underlying bankruptcy and has a direct financial interest in the outcome of the appeal. And, like the other intervenor-appellees, the Committee seeks to

intervene to protect these direct interests, not to offer views on matters of policy or legal principles as an amicus curiae.

In appellant's opposition to the Parent Ad Hoc Claimant Group's and BancoEstado's motions, appellant cited concerns of prejudice and delay arising from altering the agreed-upon schedule. These concerns were adequately addressed in the prior motions by requiring the intervenor-appellees to adhere to the current briefing schedule. In the instant motion, the Committee represents that it, too, will adhere to the current briefing schedule. As a result, its response brief would be due this coming Monday, August 8. Additional briefing on the motion to intervene, however, would prevent adherence to this August 8 deadline. Accordingly, given the similarity between the Committee's motion and the prior motions to intervene, as well as the appellant's stated concerns regarding altering the briefing schedule, it is hereby

ORDERED that the Committee's motion to intervene as an appellee is granted.

IT IS FURTHER ORDERED that the Committee shall file any response to the appellant's opening brief in the appeal by August 8, 2022. The Committee shall file any response to the appellant's August 1, 2022 motion to stay by August 12, 2022. At the time of filing their responses, the Committee shall supply Chambers with two (2) courtesy copies by mailing or

delivering them to the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED:

Dated: New York, New York
August 5, 2022

```
_____
DENISE COTE
United States District Judge
```