```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
In Re: LATAM AIRLINES GROUP, S.A.,        :
                                          :
                  Debtor,                 :
                                          :
----------------------------------------- :
                                          :
AD HOC GROUP OF UNSECURED CLAIMANTS, et   :
al.,                                      :
                                          :
                  Appellants,             :
                                          :    22cv5660 (DLC)
            -v-                           :    22cv5891 (DLC)
                                          :
LATAM AIRLINES GROUP S.A.,                :       ORDER
                                          :
                  Appellee.               :
                                          :
----------------------------------------- :
                                          :
TLA CLAIMHOLDERS GROUP,                   :
                                          :
                  Appellant,              :
            -v-                           :
                                          :
LATAM AIRLINES GROUP S.A., et al.,        :
                                          :
                  Appellees.              :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that an oral argument will be held on **Thursday, August 25, 2022 at 11:00 a.m.** in Courtroom 18B, 500 Pearl Street.  Argument will first be held in Ad Hoc Group of Unsecured Claimants v. LATAM Airlines Group S.A., 22CV05660,

then in <u>TLA Claimholders Group v. LATAM Airlines Group S.A.</u>, 22cv05681.

Dated:    New York, New York
          August 8, 2022

```
                    _____
                           DENISE COTE
                    United States District Judge
```