```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
 In re LATAM AIRLINES GROUP S.A.,         :
                                          :    22cv5891 (DLC)
                               Debtor,    :
-----------------------------------------:     ORDER
 TLA CLAIMHOLDERS GROUP,                  :
                                          :
                            Appellant,    :
               -v-                        :
                                          :
 LATAM AIRLINES GROUP S.A., et al.,       :
                                          :
                            Appellees.    :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On August 8, 2022, the Ad Hoc Group of LATAM Bondholders (the "Ad Hoc Group") moved to intervene in this case. In an effort to comply with the existing briefing schedule, the Ad Hoc Group also submitted a statement in support of the response briefs for the appellees concurrently with its motion to intervene. The Ad Hoc Group requested that the Court accept the statement in connection with granting the motion to intervene.

As with the other intervenor-appellees, the Ad Hoc Group participated fully in the bankruptcy proceedings below and has a personal financial interest in the outcome of the appeal. Since the Ad Hoc Group has already submitted its statement in support of the appellees' briefs, granting the motion to

intervene will not delay the existing expedited briefing schedule.  Accordingly, it is hereby

ORDERED that the Ad Hoc Group's motion to intervene is granted.

IT IS FURTHER ORDERED that the Ad Hoc Group's statement in support of appellees' briefs is accepted.  The Ad Hoc Group shall promptly supply Chambers with two (2) courtesy copies of the statement by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that the Ad Hoc Group shall file any response to the appellant's August 1, 2022 motion to stay by August 12, 2022.  At the time of filing its response, the Ad Hoc Group shall supply Chambers with two (2) courtesy copies by mailing or delivering them.

SO ORDERED:

Dated:   New York, New York
         August 9, 2022

_____
DENISE COTE
United States District Judge