# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LATAM Airlines Group, S.A. et al., | |
| *Debtors* | 22-CV-5891 (DLC) |
| TLA Claimholders Group, | |
| *Appellant*, | |
| v. | |
| LATAM Airlines Group, S.A., et al., | |
| *Appellees*. | |

## ORDER GRANTING THE APPELLEES' MOTION TO ACCEPT DOCUMENTS UNDER SEAL INTO APPELLATE RECORD

Upon the *Appellees' Motion to Accept Documents Under Seal Into Appellate Record* (the "Motion"), for good cause shown; it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is granted; and

2. The Clerk for the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") is permitted and authorized to transmit to the United States District Court for the Southern District of New York (the "District Court") those portions of the appellate record, as designated by the Appellees listed on Exhibit B to the Motion, which were filed with the Bankruptcy Court under seal or designated as "Confidential" or "Highly Confidential" and accepted by the Bankruptcy Court into the record (collectively, the "Sealed Material").

1

3. This Court will accept, under seal, the Sealed Material, and the Sealed Material shall be dealt with by the parties pursuant to this Court's usual practices and procedures concerning sealed materials.

Date: August 11, 2022

THE HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

2