# Kramer Levin



Rachael L. Ringer
Partner
T 212.715.9506
rringer@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

August 23, 2022

Granted.

*Denise Cote*
8/24/22

**VIA ECF**
The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:** *In re LATAM Airlines Group S.A., et al.*, **Case No 22-cv-05660 and Case No. 22-cv-5891**

Dear Judge Cote:

The undersigned counsel represent the undersigned Intervenor-Appellees and the Debtors (as defined below) in the above captioned appeals. On August 17, 2022, your honor entered an order that allocated the time that each party may use during oral argument, which is scheduled for August 26, 2022, allocating an aggregate 5 minutes to the Intervenor-Appellees in each appeal. To facilitate the orderly presentation of argument to the Court, counsel for the Intervenor-Appellees have conferred and coordinated with counsel for LATAM Airlines Group, S.A. and its affiliated debtors (the "Debtors") (together with the Intervenor-Appellees, the "Appellees"). After such consultation, the Appellees respectfully request that the Court reallocate the time allocated to the Appellees for oral argument in each of the appeals as set forth in the tables below.

*Case No. 22-cv-05660 (Ad Hoc Group of Unsecured Claimants v. LATAM Airlines Group S.A., et al.)*

| Appellee to Present at Oral Argument | Current Time Allotment | Requested Time Allotment |
|---|---|---|
| The Debtors | 10 minutes | 13 minutes |
| Intervenor-Appellees | 5 minutes | 2 minutes |
| *Total Time for Appellees* | 15 minutes | 15 minutes |

August 23, 2022



*Case No. 22-cv-5891 (TLA Claimholders Group v. LATAM Airlines Group S.A., et. al.)*

| Appellee to Present at Oral Argument | Current Time Allotment | Requested Time Allotment |
|---|---|---|
| The Debtors | 10 minutes | 12 minutes |
| Intervenor-Appellees | 5 minutes | 3 minutes |
| *Total Time for Appellees* | 15 minutes | 15 minutes |

  *  *  *  *  *  *

The Appellees notified the applicable appellants in each appeal regarding this request. The Ad Hoc Group of Unsecured Claimants has informed the Appellees that it does not oppose the requested reallocation of time. The TLA Claimholders Group informed the Appellees that it takes no position concerning the requested reallocation of time.

As reflected above, the Appellees do not seek an enlargement of the total time currently allocated to the Appellees at oral argument. The Appellees respectfully submit that the proposed reallocation of oral argument time will streamline the presentation of issues at oral argument, minimize duplication, and facilitate the Court's consideration and resolution of the appeal. Notwithstanding this requested reallocation of oral argument time, all Appellees will be prepared to speak to any issue that the Court wishes the Appellees to address.

For the foregoing reasons, the Appellees respectfully request that the Court reallocate the time allotted to Appellees as reflected in the chart above.

*[Remainder of page intentionally left blank]*

August 23, 2022



**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: /s/ *Jeffrey A. Rosenthal*

Jeffrey A. Rosenthal
Lisa M. Schweitzer
David H. Herrington
Abena A. Mainoo
One Liberty Plaza
New York, New York 10006

*Counsel to the Debtors and Debtors-in-Possession*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: /s/ *Rachael L. Ringer*

Kenneth H. Eckstein
Rachael L. Ringer
David E. Blabey, Jr.
Natan Hamerman
1177 Avenue of the Americas
New York, New York 10036

*Counsel to the Parent Ad Hoc Claimant Group*

**WHITE & CASE LLP**

By: /s/ *Joshua Weedman*

John K. Cunningham
Brian D. Pfeiffer
Gregory M. Starner
Joshua Weedman
Kathryn Sutherland-Smith
1221 Avenue of the Americas
New York, New York 10020

Richard S. Kebrdle (admitted *pro hac vice*)
Varoon Sachdev (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131

*Counsel to the Ad Hoc Group of LATAM Bondholders*

**DECHERT LLP**

By: /s/ *G. Eric Brunstad, Jr.*

G. Eric Brunstad, Jr.
Allan S. Brilliant
Craig P. Druehl
David A. Herman
1095 Avenue of the Americas
New York, New York 10036

*Counsel to the Official Committee of Unsecured Creditors*

August 23, 2022



**PAUL HASTINGS LLP**

By:  /s/ *Pedro A. Jimenez*

Pedro A. Jimenez
Andrew Tenzer
Nicholas Bassett
Douglass Barron
200 Park Avenue
New York, New York 10166

*Counsel to Banco del Estado de Chile, in its capacity as indenture trustee under the Chilean Local Bonds Series A through D and Series E issued by LATAM Airlines Group S.A.*

**DAVIS POLK & WARDWELL LLP**

By:  /s/ *Lara Samet Buchwald*

Marshall S. Huebner
Lara Samet Buchwald
Adam L. Shpeen
450 Lexington Avenue
New York, New York 10017

*Counsel for Delta Air Lines, Inc.*

**ALSTON & BIRD LLP**

By:  /s/ *James J. Vincequerra*

Gerard S. Catalanello, Esq.
James J. Vincequerra, Esq.
90 Park Avenue
New York, New York 10016

*Attorneys for Qatar Airways Investments (UK) Ltd*

**WACHTELL, LIPTON, ROSEN & KATZ**

By:  /s/ *Richard G. Mason*

Richard G. Mason
John R. Sobolewski
Angela K. Herring
51 West 52nd Street
New York, New York 10019

*Counsel for Costa Verde Aeronáutica S.A. and Lozuy S.A.*