UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
*TLA Claimholders Group*,

           Appellant,

  -against-                            No. 22-cv-5891-DLC

*LATAM Airlines Group, S.A.*,

           Debtor-Appellee.
------------------------------------------------------x

*In re LATAM Airlines Group, S.A.*,

           Debtors.
------------------------------------------------------x

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Notice is hereby given this 2nd day of September, 2022, that Appellant TLA Claimholders Group appeals to the United States Court of Appeals for the Second Circuit from the final order of the United States District Court for the Southern District of New York, entered in this case on August 31, 2022, affirming the order of the United States Bankruptcy Court for the Southern District of New York, which confirmed the Plan of Reorganization, and denying the Appellants' motion for a stay pending appeal.  Dkt. 83.

Dated: September 2, 2022

Respectfully submitted,

|  |  |
|---|---|
|  | /s/ *Matthew D. McGill* |
| DANIEL A. FLIMAN | MATTHEW D. MCGILL |
| CHRISTOPHER M. GUHIN | DAVID W. CASAZZA |
| EMILY L. KUZNICK | GIBSON, DUNN & CRUTCHER LLP |
| JOHN F. IAFFALDANO | 1050 Connecticut Avenue, N.W. |
| PAUL HASTINGS LLP | Washington, DC 20036 |
| 200 Park Ave. | Telephone: 202.955.8500 |
| New York, NY 10166 | Facsimile: 202.467.0539 |
| Telephone: 212.318.6000 |  |
| Facsimile: 212.319.4090 | *Counsel for the TLA Claimholders Group* |
| *Counsel for the TLA Claimholders Group, except with respect to the pleadings filed by Intervenor-Appellee Banco del Estado de Chile* |  |