UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:  LATAM AIRLINES GROUP, S.A.,

                 Debtor.
------------------------------------------------------------X

TLA CLAIMHOLDERS GROUP,

                 Appellant,                               22 **CIVIL** 5891 (DLC)

      -against-                                         **<u>JUDGMENT</u>**

LATAM AIRLINES GROUP S.A.,

                 Appellee.
------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 31, 2022, the appeal by the TLA Claimholder Group is denied, and the Bankruptcy Court's June 18, 2022 confirmation of the Plan is affirmed. The appellant's request for a stay is also denied; accordingly, the case is closed.

**Dated:**  New York, New York
         April 28, 2023

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                  **BY:**     *K. Mango*
                                                          **Deputy Clerk**